AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED by _____ D.C.

NOV 1 7 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

|  |  |  |
|---|---|---|
| United States of America | ) |  |
| v. | ) |  |
| SEAN DEBIASE and | ) | Case No. 11 - 8435 - LRJ |
| CHET HIRSHFIELD | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* |  |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 16, 2011_____ in the county of _____Palm Beach_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

|  |  |
|---|---|
| *Code Section* | *Offense Description* |
| 21 USC Section 841(a)(1) and (b)(1)(B)(vii); 18 USC Section 2 | Possession with Intent to Distribute a Controlled Substance. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua J. Woodbury, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11 - 17 11_____

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____

U.S. Magistrate Judge Linnea R. Johnson
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua J. Woodbury (the "Affiant"), being duly sworn, depose and state:

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for the past three years.  Prior to HSI, I was employed as a United States Customs Inspector and Customs and Border Protection Officer for seven years.  I received my Bachelors of Science degree in Criminal Justice from Westfield State College in May of 2000.  As an employee with the United States Treasury and Department of Homeland Security, I have received training in, and enforce Federal Laws to include those offenses described in Titles 8, 18, and 21 of the United States Code.

2.      The facts set forth in this affidavit are based on my personal knowledge, observances, information obtained in this investigation from others, including other law enforcement officers, my review of documents, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning the investigation, but have set forth only those facts necessary to establish probable cause to believe that Chet HIRSHFIELD and Sean DEBIASE has committed a violation of Title 21, United States Code, Sections 841(a) (1) and (b)(1)(B)(vii) and Title 18, United States Code, Section 2.

3.      On November 16, 2011, at approximately 1517 hours, a Boynton Beach Police Department Marine unit observed a suspicious vessel underway northbound in the Intracoastal Waterway headed towards the Boynton Beach Municipal Boat Ramps.  The

vessel, a 2001 31ft. Pursuit center console with (2) outboard motors, was transiting outside of the dredged channel and was observed running aground several times as it approached the boat ramps.  Officers observed two white male subjects aboard the vessel.

4.      The two males secured the vessel at the docks adjacent to the ramps.  The uniformed Boynton Beach Marine Officers approached and engaged in discussion with the two males.  Upon the officers' request, the two males each produced a Florida driver's license, revealing their identities to be:  Sean Leon DEBIASE, YOB 1969, a United States Citizen (USC) and Chet HIRSHFIELD, YOB: 1976, a USC.  After obtaining verbal consent to board the vessel, the officers instructed DEBIASE and HIRSHFIELD to get off the vessel and stand off to the side.  After exiting the vessel, DEBIASE and HIRSHFIELD fled on foot in a westbound direction through the parking lot.

5.      Three CBP Marine Interdiction Agents in the parking lot observed DEBIASE and HIRSHFIELD fleeing.  At the direction of the Boynton Beach officers, the CBP agents chased and apprehended the subjects after a short foot pursuit.

6.      A search of the vessel led to the discovery and seizure of over 1,200 pounds of marijuana that was concealed within the center console and forward below deck compartments of the vessel.

7.      Chet HIRSHFIELD was taken to into custody and transported to Boynton Beach Police Department.  During a post-Miranda statement, HIRSHFIELD stated that he was at Banana Boat Restaurant in Boynton Beach eating lunch when he saw his "buddy 'Crazy'" pull up to the docks and ask HIRSHFIELD for assistance in repairing the vessel.  HIRSHFIELD stated that he was then dropped off by a friend "Jason" at the

2

Boynton Beach Municipal Park and when he saw the cops coming down to the boat he got scared and attempted to flee from the uniformed officers. When asked why he fled and whether he had been on the boat prior to docking at the ramps, HIRSHFIELD invoked his right to counsel and all questioning of him ceased.

8. Law enforcement personnel took Sean DEBIASE to the hospital where he was treated for breathing difficulty. Upon release from the hospital, he was transported to Boynton Beach Police Department where he gave a post-Miranda statement that he was approached by Kirk Kerr to go to the Bahamas and pick up about 1,500 pounds of "trees," referring to marijuana. Kerr promised to pay DEBIASE and HIRSHFIELD $10,000 each to transport the marijuana to the United States. On Monday November 14, 2011, DEBIASE went to a local "Pawn Shop" to pawn the title of his Buick to pay for fuel for the trip to the Bahamas. DEBIASE said that after he went to the pawn shop, he and his wife Rebecca Lester traveled to Palm Beach Marina where HIRSHFIELD was waiting with the vessel. DEBIASE believed the vessel belonged to an acquaintance of his Ferris Chitari. DEBIASE understood Chitari would be paid $2,000 for the use of his vessel. DEBIASE stated that he fueled the vessel with approximately 305 gallons, costing $1,040. After fueling the vessel, DEBIASE stated that both he and HIRSHFIELD left the Lake Worth Inlet in Riviera Beach, Florida and made a heading of 156 toward Bimini Bahamas.

9. Upon arriving in the Bahamas, DEBIASE said he was approached by two unknown black males known only as "Chubs" and "Howard." Chubs stated that there was a phone call for him and the caller stated that they were to have the boat topped off

with fuel and they needed to proceed to a different location further east at a heading of 118.

10.   At the second location DEBIASE and HIRSHFIELD were met by five unknown black males who were believed to be of Jamaican descent due to their heavy accents. The five males assisted HIRSHFIELD and DEBIASE in loading packages of marijuana onto the vessel into the forward hatches and center console. Upon completion of loading, DEBIASE and HIRSHFIELD departed the area and DEBIASE stated they headed west at a heading of 336 back to the United States.   During   the   return   trip DEBIASE stated they lost a lower unit on one of the motors and had to travel back at approximately 7 to 10 knots.  DEBIASE then called Chitari to inquire whether he had a trailer to pull the boat out of the water, to which Chitari replied he did not.  DEBIASE then contacted Kerr who arranged for DEBIASE's wife and another individual to arrive at Boynton Beach Municipal Park to retrieve the vessel.  DEBIASE stated that he came into the United States entering through the Boca Inlet located in Boca Raton, Florida and proceeded north up the inter-coastal waterway where he was encountered at the Boynton Beach Municipal Park by Boynton Beach Marine Officers and Customs and Border Protection Marine Interdiction Agents.  DEBIASE also admitted he had made multiple previous narcotics smuggling ventures for Kerr.

11.   Based upon the foregoing, your affiant states that there is probable cause to believe that on or about November 16, 2011, Chet HIRSHFIELD and Sean DEBIASE did knowingly possess with intent to distribute more than 100 kilograms of marijuana in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii) and Title

18, United States Code, Section 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JOSHUA WOODBURY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and Subscribed to
before me this __/ /__ day
of November, 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11 - 8435 - LRJ

### BOND RECOMMENDATION

DEFENDANT: SEAN DEBIASE

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   BRANDY BRENTARI GALLER

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   HSI, S/A Joshua J. Woodbury

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 11-8435-LRJ

### BOND RECOMMENDATION

DEFENDANT: CHET HIRSHFIELD

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   BRANDY BRENTARI GALLER

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):        HSI, S/A Joshua J. Woodbury

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.  11-8435-LRJ

**UNITED STATES OF AMERICA**

**vs.**

**SEAN DEBIASE, and**
**CHET HIRSHFIELD,**
                    **Defendants.**

_____/

### CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United
       States Attorney's Office prior to October 14, 2003?      _____  Yes    X   No

2.     Did this matter originate from a matter pending in the Central Region of the United
       States Attorney's Office prior to September 1, 2007?      _____  Yes    X   No

                         Respectfully submitted,

                         WIFREDO A. FERRER
                         UNITED STATES ATTORNEY

            BY:

                         BRANDY BRENTARI GALLER
                         ASSISTANT UNITED STATES ATTORNEY
                         Admin. No. A5501296
                         500 S. Australian Avenue, Suite 400
                         West Palm Beach, FL 33401-6235
                         Tel:  (561) 820-8711
                         Fax: (561) 820-8777
                         Brandy.Galler@usdoj.gov