FILED by _____ D.C.

NOV 21 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA   CASE # 11-8435-LRJ

VS

Sean DeSiase   PRISONER # 97656-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     (WEST PALM BEACH)     FT. PIERCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 11-17-2011

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: 21 USC 841(A)(1) AND B1BVii

4) U.S. CITIZEN [X] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: ___ - 1968

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [ ] INDICTMENT
   [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: Southern District of Florida

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: D. Perez   DATE: 11-18-2011

9) AGENCY: USMS   PHONE: 561-655-1827